IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL D. TERRELL,

    Plaintiff,

v.                                              Case No.  21-cv-50-jdp

DODGE CORRECTIONAL INSTITUTION,
WARDEN JASON BENZEL, and
C.O. MIKKELSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/20/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |